IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE BAKER, JR.,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 15-cv-264-wmc

CHARLES E. SAMUELS and
L.C. WARD,

    Respondents.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Eddie Baker Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 3/31/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |